CHARLES HARRIMAN et al., Appellants, *v.* THE CITY OF YONKERS, Respondent.

*Harriman* v. *City of Yonkers,* 109 App. Div. 246, appeal dismissed.
(Argued February 28, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 17, 1905, which reversed an order of Special Term denying a motion to amend and modify an order entered upon the remittitur of the Court of Appeals and granted said motion.

*James M. Hunt* for appellants.

*Thomas F. Curran* for respondent.

Appeal dismissed, with costs ; no opinion.
Concur : O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. CULLEN, Ch. J., votes for affirmance. Not sitting : WILLARD BARTLETT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FOURTEENTH STREET REALTY COMPANY, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. Fourteenth St. R. Co.* v. *Kelsey,* 110 App. Div. 797, affirmed.
(Argued February 28, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 8, 1906, which affirmed a determination of the defendant in assessing a franchise tax upon the relator for the year ending October 31, 1904.

*Edmond E. Wise* for appellant.

*Julius M. Mayer, Attorney-General (Horace McGuire* of counsel), for respondent.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not voting : O'BRIEN, J.